No. 02–1596.   IN RE HEIMBECKER; and

No. 02–10326. IN RE BARCLAY. Petitions for writs of mandamus denied.